## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUAD/TECH, INCORPORATED | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Q.I. PRESS CONTROLS B.V., | : | CIVIL ACTION NO. 2:09-cv-025610ER |
| Q.I. PRESS CONTROLS NORTH AMERICA | : | |
| LTD., INC. and | : | |
| PRINT2FINISH, LLC | : | |
| | : | |
| Defendants. | : | ELECTRONICALLY FILED |

## STIPULATION EXTENDING TIME BY WHICH DEFENDANT PRINT2FINISH, LLC
## HAVE TO RESPOND TO PLAINTIFF'S COMPLAINT

The plaintiff stipulates that the time period by which defendant Print2finish, LLC shall

have to answer, move or otherwise plead to plaintiffs' complaint is extended twenty (20) days or

until July 21, 2009.  No prior extensions have been granted.

McSHEA/TECCE, P.C.                                        WHITE AND WILLIAMS LLP


BY:   s/Frederick A. Tecce                    BY:        /s/Michael N. Onufrak
      Frederick A. Tecce, Esq.                           Michael N. Onufrak, Esquire
      Attorney I.D. No. 47298                            Attorney I.D. No. 43064
      McShea/Tecce, P.C.                                 1800 One Liberty Place
      The Bell Atlantic Tower – 28th Floor               Philadelphia, PA 19103-7395
      1717 Arch Street                                   215-864-7174
      Philadelphia, PA  19103
      (215) 599-0800

Dated: June 30, 2009

5405662v.1