## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below a true and correct copy of the Motion to Strike and Preclude the Declarations of Plaintiff Quad/Tech, Inc.'s expert, John M. Leininger, with its Exhibits, Certification of Counsel, and, and Proposed Order, was filed electronically *via* the Court's ECF system and is available for viewing and downloading from the ECF System. I further certify that the Motion was served electronically upon the following counsel via the Court's ECF System:

| | |
|---|---|
| Michael N. Onufrak, Esquire<br>Justin E. Proper, Esquire<br>White and Williams<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 | Frederick A. Tecce, Esq.<br>McShea/Tecce, P.C.<br>The Bell Atlantic Tower – 28th Floor<br>1717 Arch Street<br>Philadelphia, PA  19103 |
| **Counsel for Defendant Print2Finish, LLC** | **Counsel for Plaintiff Quad/Tech, Incorporated** |

Date:  December 16, 2009

/s/ David D. Langfitt
David D. Langfitt