# N THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUAD/TECH, INCORPORATED, | ) |
| Plaintiff, | ) Civil Action No. 2:09-cv-02561-ECR |
|  | ) Hon. EDUARDO C. ROBRENO |
| v. | ) |
| Q.I. PRESS CONTROLS B.V., | ) |
| Q.I. PRESS CONTROLS NORTH AMERICA LTD., INC. | ) JURY TRIAL DEMANDED |
| and | ) |
| PRINT2FINISH, LLC, | ) |
| Defendants. | |

**EMERGENCY PRAECIPE TO REMOVE AND WITHDRAW MATERIAL SUBJECT TO PROTECTIVE ORDER:  MOTION TO STRIKE AND PRECLUDE DECLARATION OF JOHN LEININGER AND MEMORANDUM IN SUPPORT THEREOF (D.E.# 72)**

To the Clerk of the Court:

Please immediately remove and withdraw Docket Entry #72, the Motion to Strike and Preclude Declaration of John Leininger, Memorandum in Support thereof and all Exhibits, from the ECF system.  Information contained in this filing is Confidential Information subject to the Protective Order entered in this action at Docket Entry # 62.

These documents were inadvertently filed on through the Court's ECF system and are being withdrawn and filed under seal.

Date:  December 16, 2009

/s/ David D. Langfitt
David D. Langfitt, Esq.
MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street, 26th Floor
Philadelphia, PA 19109-1099
Tel:  215-772-1500
Fax: 215-772-7620
E-mail:  dlangfitt@mmwr.com

*Counsel for Defendants Q.I. Press Controls B.V., and Q.I. Press Controls North America Ltd., Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below a true and correct copy of the Emergency Praecipe to Remove and Withdraw Material Subject to Protective Order: Motion to Strike and Preclude Declaration of John Leininger and Memorandum in Support Thereof (D.E. #72) was filed electronically *via* the Court's ECF system and is available for viewing and downloading from the ECF System. I further certify that the Motion was served electronically upon the following counsel via the Court's ECF System:

| | |
|---|---|
| Michael N. Onufrak, Esquire | Frederick A. Tecce, Esq. |
| Justin E. Proper, Esquire | McShea/Tecce, P.C. |
| White and Williams | The Bell Atlantic Tower – 28th Floor |
| 1800 One Liberty Place | 1717 Arch Street |
| Philadelphia, PA 19103-7395 | Philadelphia, PA 19103 |
| **Counsel for Defendant Print2Finish, LLC** | **Counsel for Plaintiff Quad/Tech, Incorporated** |

Date: December 16, 2009       /s/ David D. Langfitt\_\_\_\_\_
                                                     David D. Langfitt