IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUAD/TECH INCORPORATED | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO.: 09-CV-2561 |
| Q.I. PRESS CONTROLS B.V. | : | |
| Q.I. PRESS CONTROLS NORTH AMERICA, INCORPORATED, | : | |
| and | : | |
| PRINT 2 FINISH, LLC | : | |
| Defendants. | : | |

FILED
MAR 12 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 11th day of March, 2010, upon consideration of the request by plaintiff, Quad/Tech, Inc. ("Quad/Tech"), it is hereby

## ORDERED

~~that on or before March _____, 2010, Quad/Tech will file a post-hearing reply brief of five pages or less, in support of plaintiff's proposed claim construction.~~ that request to file reply brief is DENIED.

BY THE COURT:

/s/ A.C. Adams

HON. EDUARDO C. ROBRENO
United States District Judge