```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QUAD/TECH, INC.            :    CIVIL ACTION
                           :    NO. 09-2561
                           :
      Plaintiff,           :
                           :
v.                         :
                           :
                           :
Q.I. PRESS CONTROLS B.V.,  :
      et. al,              :
                           :
      Defendants.          :
```

### **O R D E R**

**AND NOW**, this **1st** day of **April, 2010,** it is hereby **ORDERED** that Plaintiff's motion for preliminary injunction (doc. no. 8) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to file a second amended complaint (doc. no. 92) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for an adverse inference and sanctions (doc. no. 94) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to narrow its claim construction (doc. no. 97) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to file a reply brief in support of its motion for leave to file a second amended complaint (doc. no. 98) is **DENIED.**

**AND IT IS SO ORDERED.**

                              s/Eduardo C. Robreno
                        **EDUARDO C. ROBRENO, J.**