IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUAD/TECH, INCORPORATED | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : NO.: 09-CV-2561 |
| | : |
| Q.I. PRESS CONTROLS B.V. | : |
| Q.I. PRESS CONTROLS NORTH AMERICA, INCORPORATED, | : |
| | : |
| and | : |
| | : |
| PRINT2FINISH, LLC | : |
| | : |
| Defendants. | : |

**ORDER**

AND NOW, this 27th day of April, 2010, upon consideration of Plaintiff's Unopposed Motion for Continuance, it is hereby

**ORDERED**

that the plaintiff's motion is **GRANTED**. It is hereby further

**ORDERED**

that the time within which plaintiff Quad/Tech must respond to Defendants Motion For Sanctions [D.E. # 101] is continued until Wednesday, May 5, 2010.

BY THE COURT:

_____
HON. EDUARDO C. ROBRENO
United States District Judge