IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUAD/TECH, INC. | : | CIVIL ACTION |
| | : | NO. 09-2561 |
| Plaintiff, | : | |
| v. | : | |
| Q.I. PRESS CONTROLS B.V., et. al, | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **6th** day of **May, 2010**, it is hereby **ORDERED** that Defendants' motion for sanctions (doc. no. 101) and Plaintiff's motion for reconsideration (doc. no. 102) are **DENIED** without prejudice, an interlocutory appeal to the United States Court of Appeals for the Federal Circuit having been filed (doc. no. 106).

**IT IS FURTHER ORDERED** that, pending the disposition of the appeal, the matter shall be **PLACED IN SUSPENSE**.

**AND IT IS SO ORDERED.**

                                              s/Eduardo C. Robreno
                                              **EDUARDO C. ROBRENO, J.**